HORACE· I. LEPMAN, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

JESSE M. LEPMAN, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

Docket Nos. 28581, 28582.   Promulgated March 11, 1929.

*Jesse I. Miller, Esq.*, for the petitioners.
*E. W. Shinn, Esq.*, and *E. M. Niess, Esq.*, for the respondent.

PINION.

VAN FOSSAN: The action of the respondent is approved. *W. C. Harris*, 8 B. T. A. 1234; *Isidore Finkelstein*, 10 B. T. A. 585; *Meyer Levy*, 10 B. T. A. 907. The loss sustained by petitioners was not such a loss as is permitted to be deducted in subsequent years.

*Judgment will be entered for the respondent.*